## In re Bernard Woodmansee

[ 255 A.2d 667 ]

June Term, 1969

Present: Holden, C.J., 'Shangraw, Barney, Smith and Keyser, JJ.

Opinion Filed June 17, 1969

*Bernard Woodmansee pro se* (no hearing).

**Per Curiam.** This is a direct application to this Court for a writ of *habeas corpus* and for release on bail pending review of a judgment of conviction for the crime of forgery. The offense is not bailable as a matter of right, at this stage of the proceedings, within the meaning of Section 32 of Chapter II of the Vermont Constitution. *In re Woodmansee,* 124 Vt. 219, 220, 202 A.2d 267; *In re Comolli,* 78 Vt. 337, 343, 63 A. 184. Furthermore, this Court is without authority to entertain the application on the facts alleged in the petition. *In re Ovitt,* 126 Vt. 298, 299, 229 A.2d 243; *In re Mason,* 126 Vt. 122, 123, 223 A.2d 477.

*Petition dismissed.*